UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMANDA J. KNIGHT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LHC GROUP, INC.<br><br>Defendant. | Civil Action No.: 6:25-cv-263<br><br>Judge Robert R. Summerhays<br><br>Magistrate Judge Carol B. Whitehurst |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

The Court having reviewed Plaintiff's Motion for Leave to File Response to Defendant's Notice of Supplemental Authority and ORDERS that Plaintiff's Motion is GRANTED.

Dates this the ___ day of July 2025

BY THE COURT:

_____