# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **AMANDA J KNIGHT** | **CASE NO. 6:25-CV-00263** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **L H C GROUP INC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motions to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) (Rec. Docs. 15 & 16) are **DENIED**.

Signed at Lafayette, Louisiana, this 24th day of February, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE